# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2011

Robert P. Young, Jr.,
Chief Justice

142638

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re HICKS/BROOKS, Minors.

SC: 142638
COA: 298477
Oakland CC Family Division:
05-703445-NA

_____/

On order of the Court, the application for leave to appeal the January 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2011

_____
Clerk

y0322